IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **RICHARD ARROYO, R32450,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | )   **Case No. 24-cv-305-DWD** |
| vs. | ) |
| | ) |
| **LEANNA WILLIAMS,** | ) |
| | ) |
| **Defendant.** | ) |

# MEMORANDUM AND ORDER

**DUGAN, District Judge:**

On February 5, 2024, this matter was opened in the Central District of Illinois upon receipt of a one-paragraph letter from Plaintiff, and on February 8, 2024, it was transferred to this District. (Docs. 1, 3). On February 8, 2024, this Court noted that Plaintiff's letter was insufficient to serve as a formal complaint because it contained no factual allegations whatsoever, it sent him a civil rights template, and it invited him to file a complaint and to apply to proceed in forma pauperis if he wished to pursue legal action. (Doc. 6). Plaintiff was given until March 7, 2024, to file an amended complaint, and he was warned that if he failed to file anything the case would be dismissed. (Doc. 6); *see also* Fed. R. Civ. P. 41(b); *James v. McDonald's Corp.*, 417 F.3d 672, 681 (7th Cir. 2005) (under Rule 41(b) a court has authority to dismiss an action for failure to prosecute if a party does not provide a timely response to a court order).

The Court has not received any correspondence from Plaintiff since his initial letter. (Doc. 1). Given the total lack of correspondence, the Court will now dismiss this

case without prejudice.  The Clerk of Court need not undertake further efforts to collect a filing fee and is **DIRECTED** to enter judgment and to **CLOSE** this case.

    **IT IS SO ORDERED.**

    Dated: March 22, 2024

*/s/ David W. Dugan*
DAVID W. DUGAN
United States District Judge
